UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 8:04-cr-239-T-23EAJ

FRANKIE L. BRYANT
_____/

**ORDER**
**ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**AND DENYING DEFENDANT'S MOTION TO SUPPRESS**

Pursuant to a second order of referral (Doc. 38), Magistrate Judge Jenkins issued an "Amended Report and Recommendation" (Doc. 40) concerning the defendant's motion to suppress (Doc. 18).  The time within which to file objections to the report and recommendation has expired and neither party has filed objections.

Having independently considered the defendant's motion, the United States' opposition to the motion, and the magistrate judge's report and recommendation, the court adopts the report and recommendation (Doc. 40).  The defendant's motion to suppress (Doc. 18) is **DENIED.**

ORDERED in Tampa, Florida, on May 20, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE