# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**Case No. 8:04-cr-239-T-23EAJ**

**FRANKIE L. BRYANT, JR.,**

    **Defendant.**

_____/

## O R D E R

The Defendant is before the court on a petition alleging violation of terms of pretrial release. The Defendant waives hearing pursuant to 18 U.S.C. § 3148. From the proffered matters, it appears the Defendant's alleged new law violation is a pending trespass charge in Hillsborough County court. A review of the offense report of that incident suggest the circumstances are not particularly aggravated and even accepting the allegations in the offense report as accurate, the totality of circumstances warrant the Defendant remaining at liberty pending sentencing in this cause.[1]

The original order of release is reinstated with the additional condition that the Defendant shall have no contact, direct or indirect, with the alleged victim in the

---

[1] On October 18, 2005, the Defendant's sentencing was continued apparently to permit the state proceeding to be resolved prior to sentencing. No reset date has been established.

trespass charge presently pending in Hillsborough County. The Marshal is directed to **RELEASE** the Defendant forthwith.

        **Done and Ordered** in Tampa, Florida, this 20th day of October 2005.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Ed Toro-Font, Assistant United States Attorney
Eric Kuske, Counsel for Defendant
U.S. Marshal